**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Melvin O. Hucks,                          )
                                          )
            Plaintiff,                    )
                                          )
            v.                            )        Civil Action No.  05-1766
                                          )
Central Detention Facility                )
Department of Corrections,                )
                                          )
            Defendants.                   )

MEMORANDUM

This matter is before the Court on plaintiff's *pro se* complaint and application to

proceed *in forma pauperis*.  The Court will grant plaintiff's application and dismiss the

complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000.  A party seeking relief in the district court must at least

plead facts which bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).  Failure

to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12 (h)(3).

Plaintiff is a prisoner confined in the District of Columbia.  He sues for "medical

negligence," alleging that medical staff at the D.C. Jail prescribed medicine that "nearly cost

me my life."  Complaint at 1.  He seeks $5 million in damages.  Plaintiff has not pleaded any

facts to bring his claim within the Court's "federal question" jurisdiction, and the complaint

does not state a basis for diversity jurisdiction. Plaintiff's recourse lies, if at all, in the

Superior Court of the District of Columbia.   A separate Order of dismissal accompanies this

Memorandum.

Date: _9/21/05_

_Ellen S. Huck_
United States District Judge