UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Melvin O. Hucks, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Central Detention Facility )<br>Department of Corrections, )<br>)<br>Defendants. ) | Civil Action No. 05-1766 |

### ORDER

For the reasons stated in the accompanying Memorandum, it is this 21 day of September 2005,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

_____
United States District Judge